**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ALLEN GREEN,

    Plaintiff,

vs.

                                                                CASE NO.: 2:23-cv-1163-JLB-NPM

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, ALLEN GREEN ("Plaintiff") and Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Defendant"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement. The parties are in the process of executing settlement documents.

Dated: April 30, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott M. Rosso* | */s/ Joel W. Morgan* |
| SCOTT M. ROSSO, ESQ. | JOEL W. MORGAN, ESQ. |
| Florida Bar No.: 505757 | Florida Bar No. 1010062 |
| **GED LAWYERS, LLP** | **BUTLER SNOW LLP** |
| 7171 North Federal Highway | 919 East Main Street, Suite 600 |
| Boca Raton, FL 33487 | Richmond, VA 23219 |
| Telephone: (561) 995-1966 | Telephone: (804) 762-6030 |
| Facsimile: (561) 241-0812 | Facsimile: (804) 762-6031 |
| Primary Email: pdlitlaw@gedlawyers.com | Primary Email: Joel.Morgan@butlersnow.com |
| Secondary Email: bgoetsch@gedlawyers.com | Secondary Email: christina.citino@butlersnow.com |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendant* |